IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VETRA PERRY-ROMAN,

    Plaintiff,

v.

AIG RETIREMENT SERVICES, INC., et al.,

    Defendants.

No. C 08-05320 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on May 8, 2009 on the motion to transfer venue filed by defendants AIG Retirement Advisors, Inc. and The Variable Annuity Life Insurance Company. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than March 26, 2009 and a reply brief shall be filed by no later than April 2, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: March 12, 2009

                                        JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE