IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VETRA PERRY-ROMAN,

    Plaintiff,

v.

AIG RETIREMENT SERVICES, INC., et al.,

    Defendants.

_____/

No. C 08-05320 JSW

**ORDER (1) SETTING BRIEFING SCHEDULE REGARDING MOTIONS TO DISMISS AND TO STRIKE AND (2) CONTINUING HEARING**

    This matter is set for a hearing on May 15, 2009 on the motion to dismiss and the motion to strike filed by defendants AIG Retirement Advisors, Inc. and The Variable Annuity Life Insurance Company (collectively, "Defendants"). The Court HEREBY ORDERS that oppositions to these motions shall be filed by no later than April 3, 2009 and a reply brief shall be filed by no later than April 10, 2009.

    The Court FURTHER ORDERS that the hearing on Defendants' pending motion to transfer venue is CONTINUED to May 15, 2009 at 9:00 a.m. This Order does not alter the briefing schedule previously set by the Court regarding the motion to transfer venue.

    If the Court determines that these matters are suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to

///

///

///

1  modify this schedule, they may submit for the Court's consideration a stipulation and proposed
2  order demonstrating good cause for any modification requested.
3  **IT IS SO ORDERED.**

5  Dated: March 20, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE