1    *(Counsel of Record on Next Page)*

2

3

4

5

6

7

8

9            UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA

11             SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13   VETRA PERRY-ROMAN, individually, and on behalf of all others similarly situated,, | Case No.: 3:08-CV-05320 JSW |
| | CLASS ACTION |
| 15              Plaintiffs, | STIPULATION AND [~~PROPOSED~~] ORDER TO TRANSFER CASE TO UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA |
| 16      vs. | |
| 17   AIG RETIREMENT SERVICES, INC., | |
| 19            Defendant. | Date:        T.B.D. |
| | Time:        T.B.D. |
| | Judge:       Hon. Jeffery S. White |
| | Courtroom: 11, 19th Floor |

22

23

24

25

26

27

28

1   SCOTT EDWARD COLE, Esq. (S.B. #160744)
    MATTHEW R. BAINER, Esq. (S.B. #220972)
2   STEVEN M. HICKS, Esq. (S.B. #244963)
    SCOTT COLE & ASSOCIATES, APC
3   1970 Broadway, Ninth Floor
    Oakland, California  94612
4   Telephone:  (510) 891-9800
    Facsimile:  (510) 891-7030
5   web:  www.scalaw.com

6   Attorneys for Representative Plaintiff
    VETRA PERRY-ROMAN
7
    ELENA R. BACA (SB# 160564)
8   elenabaca@paulhastings.com
    RYAN D. DERRY, Esq. (S.B. #244337)
9   ryanderry@paulhastings.com
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
10  515 South Flower Street
    Twenty-Fifth Floor
11  Los Angeles, CA  90071-2228
    Telephone:  (213) 683-6000
12  Facsimile:  (213) 627-0705

13  AMY C. HIRSH, Esq. (S.B. #246533)
    amyhirsh@paulhastings.com
14  PAUL, HASTINGS, JANOFSKY & WALKER LLP
    55 Second Street, Twenty-Fourth Floor
15  San Francisco, CA  94105-3441
    Telephone:  (415) 856-7000
16  Facsimile:  (415) 856-7100

17  Attorneys for Defendants
    AIG RETIREMENT ADVISORS, INC. and
18  THE VARIABLE ANNUITY LIFE
    INSURANCE COMPANY

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order to Transfer Case to the Central District of California

1        **WHEREAS**, Defendants AIG Retirement Advisors, Inc. and The

2  Variable Annuity Life Insurance Company ("Defendants") filed a Motion for

3  Change of Venue on March 11, 2009;

4

5        **WHEREAS**, counsel for Plaintiff Vetra Perry-Roman ("Plaintiff") and

6  Defendants met and conferred telephonically on March 25, 2009;

7

8        **WHEREAS**, the Honorable  David O. Carter, United States District

9  Court Judge in the Central District of California presided over the now settled

10  matter of *Schmoekel v. The Variable Annuity Life Insurance Company*, USDC

11  CACD No. SACV 06-5282 (C.D. Cal.) ("*Schmoekel*");

12

13        **WHEREAS**, the issues in *Schmoekel* relate to those in the instant case,

14  and Judge Carter is familiar with those issues;

15

16        **WHEREAS**, the transfer of this matter to the Central District of

17  California and its assignment to the Honorable David O. Carter would serve the

18  interests of justice, serve the convenience of the parties, and serve the convenience

19  of witnesses;

20

21        **WHEREAS**, the parties have agreed to conduct their initial meeting

22  regarding discovery within two weeks of the transfer requested herein; and,

23

24        **WHEREAS**, neither the parties nor the absent class members herein

25  will be prejudiced by the requested transfer.

26

27        **IT IS THEREFORE STIPULATED AND AGREED**, by and

28  between the parties hereto, through their attorneys of record, as follows:

1    (1)    Plaintiff shall file a Non-Opposition to Defendant's Motion to
2    Change Venue concurrently with this Stipulation and Proposed Order;

3

4    (2)    The parties hereby request that this Court transfer the instant
5    case to the Central District of California and that it be assigned to the Honorable
6    David O. Carter;

7

8    (3)    The parties further request that this Court vacate all currently
9    calendared briefing schedule and hearing dates set before this Court and request
10   that they be reset at the convenience of the transferee Court, including Plaintiff's
11   Motion to Dismiss Defendant AIG Retirement Services, Inc. and Motion to Re-
12   Caption Pleadings; Defendants' Motion to Strike; and Defendants' Motion to
13   Dismiss;

14

15

16

17   (4)    Once the matter has been transferred to the Central District of
18   California, the parties shall conduct their initial meeting regarding discovery,
19   pursuant to Federal Rule of Civil Procedure 26(f) within 14 calendar days; and

20

21

22

23

24

25   (5)    If the Court denies the parties' Stipulation, the parties agree that
26   they will seek an amended briefing schedule for Defendants' Motion to Strike and
27   Motion to Dismiss on file with this Court.

28

1

2

DATED:  March 26, 2009          SCOTT COLE & ASSOCIATES, APC

3

By: /s/Matthew R. Bainer

4

Matthew R. Bainer, Esq.
Attorneys for the Representative Plaintiff
VETRA PERRY-ROMAN

5

6

DATED:  March 26, 2009          PAUL, HASTINGS, JANOFSKY & WALKER
                                LLP

7

8

By:    /s/Elena R. Baca

9

ELENA R. BACA

10

Attorneys for Defendants

11

AIG RETIREMENT ADVISORS, INC. and THE
VARIABLE ANNUITY LIFE INSURANCE
COMPANY

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ATTESTATION OF E-FILED SIGNATURE**

2

3          I, Matthew R. Bainer, Esq., am the ECF User whose ID and password

4   are being used to file this Certification of Service. In compliance with General

5   Order 45, X.B., I hereby attest that Elena R. Baca has read and approved this

6   Certificate of Service and consents to its filing in this action.

7

8   Dated:        March 26, 2009

9

10                                        SCOTT COLE & ASSOCIATES, APC

11                                 By:___/s/Matthew R. Bainer_____
                                         Matthew R. Bainer, Esq.
12                                       Attorneys for the Representative
                                         Plaintiff
13                                       VETRA PERRY-ROMAN

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[~~PROPOSED~~] ORDER**

2

3   **IT IS HEREBY ORDERED** that:

4

5       1.      The Court hereby transfers this action to the Central District of

6   California, ~~before the Honorable David O. Carter~~.

7

8       2.      This Court hereby VACATES all calendared dates in the instant

9   case and transfers all pending motions.

10

11      3.      Once the matter has been transferred to the Central District of

12  California ~~and assigned to the Honorable David O. Carter~~, the parties shall conduct

13  their initial meeting regarding discovery, pursuant to Federal Rule of Civil

14  Procedure 26(f) within 14 calendar days.

15

16          IT IS SO ORDERED.

17

18  DATED:  March __30__, 2009          By: _____

19                                           Hon_____

20                                           Uni_____

21

22

23

24

25

26

27

28